AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

a phone identified as a Motorola Ultra 108MP

Case No. 23-4292-DHH

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4 attached hereto and incorporated herein for all purposes.

located in the _____ District of _____ Massachusetts _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and incorporated herein by reference for all purposes.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 793(b), 793(d), 793(e), and 18 U.S.C. § 1924 | Unauthorized removal, retention, and transmission of classified documents or material |

The application is based on these facts:
See attached affidavit of SA Victoria Horne

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Victoria Horne, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

Date: 04/13/2023

*Judge's signature*

City and state: Boston, Masschusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*